IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELIGAH DARNELL, JR., § | |
|    Petitioner, § | |
| VS. § | CIVIL ACTION NO.4:05-CV-802-Y |
| § | |
| DOUGLAS DRETKE, Director, § | |
| T.D.C.J., Correctional § | |
| Institutions Division, § | |
|    Respondent. § | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>
(<u>With special instructions to the clerk of Court</u>)

In this action brought by petitioner Eligah Darnell Jr. under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on May 1, 2006; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on May 22, 2006.

The Court, after <u>de novo</u> review, concludes that Darnell's objections must be overruled, that his motion for injunction should be denied, and that the petition for writ of habeas corpus should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Darnell's motion for injunction [docket no. 2] is DENIED.

Darnell's petition for writ of habeas corpus is DENIED.

SIGNED May <u>25</u>, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE